

6-Send

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America,      | ) No. 09-MJ-00264-DUTY |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING |
| v. | ) (18 U.S.C. § 3142(i)) |
| JESUS RODRIGUEZ HERNANDEZ, | ) |
| Defendant. | ) |

I.

A. ( ) on motion of the Government involving an alleged

   1.  ( ) crime of violence;

   2.  ( ) offense with maximum sentence of life imprisonment or death;

   3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

   4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (X) (by the Government)/ ( )(by the Court *sua sponte*) involving:

1.  (X) serious risk defendant will flee;
2.  ( ) serious risk defendant will
    a.  ( ) obstruct or attempt to obstruct justice
    b.  ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.  (X) appearance of defendant as required; (and)/or
B.  (X) safety of any person or the community

## III.

The Court has considered:

A.  (X) the nature and circumstances of the offense;
B.  (X) the weight of evidence against defendant;
C.  (X) the history and characteristics of the defendant;
D.  (X) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because:

Defendant's criminal history including convictions involving violence and narcotics related offenses.

1   B. (X) History and characteristics indicate a serious risk
2   that defendant will flee because:
3   *The court has no personal information or bail*
4   *resources with which to assess flight risks.*
5
6
7
8
9
10   C. ( ) A serious risk exists that defendant will:
11      1. ( ) obstruct or attempt to obstruct justice;
12      2. ( ) threaten, injure or intimidate a witness/juror
13   because:
14
15
16
17
18
19
20   D. ( ) Defendant has not rebutted by sufficient evidence to
21      the contrary the presumption provided in 18 U.S.C. §
22      3142(e).
23
24   **IT IS ORDERED** that defendant be detained prior to trial.
25   **IT IS FURTHER ORDERED** that defendant be confined as far as
26   practicable in a corrections facility separate from persons
27   awaiting or serving sentences or persons held pending appeal.
28


**IT IS FURTHER ORDERED** that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: February 10, 2009  _____
                         THE HONORABLE JENNIFER T. LUM
                         U.S. Magistrate Judge